IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 04-768 |
| | : | |
| v. | : | |
| | : | |
| DANNY HARRISON, a/k/a "Danny White" | : | CIVIL ACTION NO. 13-3320 |

## ORDER

**AND NOW**, this 6th day of May, 2015, upon consideration of Defendant Danny Harrison's "Motion to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody" (the "§ 2255 Motion") (Crim. Docket No. 185), and all documents filed in connection therewith, and following an evidentiary hearing on April 15, 2015, for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The § 2255 Motion is **DENIED**.

2. As Defendant has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability.

3. The Clerk is directed to **CLOSE** Civil Action No. 13-3320

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.